IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MAURICE CLARK**                                                       **MOVANT**

**V.**                                **NO. 4:10CR142-SA-DAS**

**UNITED STATES OF AMERICA**                      **RESPONDENT**

## ORDER OF DISMISSAL

Before the Court are Defendant Maurice Clark's Motion For Leave to File his Unopposed Motion to Voluntarily Dismiss Defendant's Motion to Correct Sentence Under 28 U.S.C. § 2255, and his Unopposed Motion to Voluntarily Dismiss Defendant's Motion to Correct Sentence Under 28 U.S.C. § 2255. *See* Docs. #55 & #56. The Government has indicated that it has no objection to Defendant's voluntary dismissal, without prejudice, of his § 2255 motion.

Therefore, upon due consideration, the Court **GRANTS** Defendant's motions [55][56] and **DISMISSES WITHOUT PREJUDICE** the § 2255 motion [38] filed in this cause. In light of this Order, Defendant's motion to stay his § 2255 proceedings [51] is **DISMISSED AS MOOT**.

**SO ORDERED** this 6th day of April, 2018.

                                                               /s/ Sharion Aycock
                                                              **U.S. DISTRICT JUDGE**