IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

USA

V. NO. 4:10-CR-142-SA-DAS-1

MAURICE CLARK                                                                          DEFENDANT

ORDER REQUIRING GOVERNMENT TO FILE RESPONSE

The Court has reviewed Defendant's Motion to Reduce Sentence [50], and is of the opinion that a response from the government is appropriate.

Accordingly, it is ORDERED that within 30 days of the date of this Order, the United States of America shall submit a response to the pending Motion [50].

It is SO ORDERED, on this the 3rd day of April, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE